**FILED**
AUG 0 1 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

ADEAN HILL JR.,

*Plaintiff,*

v.

MONEY MATCHMAKER CO., BURTON BROOKS, ALTERNATIVE SOLUTIONS MEDIA LLC d/b/a ALTERNATIVE SOLUTIONS FUNDING, and HOWARD NEEDLE,

*Defendants.*

Case No.: 4:25-cv-00558-ALM-BD

## DEFENDANT HOWARD NEEDLE' MOTIONS FOR SANCTIONS AND IN OPPOSITION TO PRO HAC VICE FOR FAILURE TO SERVE ANY DOCUMENTS IN COMPLIANCE WITH THE F.R.C.P

TO THE HONORABLE COURT:

COMES NOW Defendant Howard Needle, *pro se*, and respectfully moves TO SANCTION OPPOSING COUNSEL AND DEMAND HIS MOTION FOR ADMISSION PRO HAC VICE be declined for committing Perjury in this Court. THE OPPOSING COUNSEL HAS LIED TO THE COURT AND EVEN FILED PERJURED AFFIDAVITS WITH THE COURT. The Plaintiff's new attorney has never served documents as required by the Court and then lied to the Court and commited perjury in his application for default. Defendants are PRO SE and do not have ECF access and have only seen filings when a Lawyer looked online and showed us that multiple filings were never mailed or served on us and the Plaintiff went into Court and filed a perjured affadivit.

Commiting Perjury and Failing to serve documents and the lie to the court is

1

Grounds for refusal to Grant Pro Hac Vice Application.

The Court alos has a Duty to sanction the Attorneys responsible and notify the California Bar association of the misconduct.

Dated: July 21st, 2025

Respectfully submitted,

_____
Howard Needle
7440 Avenida Del Mar
#2508
Boca Raton, FL 33433
Howard@alternativesolutionsfunding.com

**CERTIFICATE OF SERVICE**

I hereby certify on the ___28th___ day of July, 2025, that true and correct copies of the foregoing Motion to Dismiss and Brief in Support of Motion to Dismiss were served by the Courts ECF SYSTEM.

**Mark L Javitch**
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
650-781-8000
Email: mark@javitchlawoffice.com

Howard Needle,
7440 Avenida Del Mar
#2508
Boca Raton, FL 33433

Howard@alternativesolutionsfunding.com

1