# EXHIBIT III

# ecohome.

HVAC Contractor

# Dean's HVAC Management & Services

Dean's HVAC Management & Services is a hvac contractor located in Garland, TX. Read reviews, get an estimate, and compare with competitors, without getting a million phone calls.

4.1 ★ ★ ★ ★   20 reviews

## Own This Business?

Join the top 1% of contractors building the future of America.

Verify Your Business

✓ Improved Sales Pipeline

✓ Prequalify and Prioritize Leads

✓ Save Hours Vetting Leads

Home

## About Dean's HVAC Management & Services

Dean's HVAC Management & Services is a hvac contractor located in Garland, TX. Read reviews, get an instant estimate, and compare with nearby competitors to make it easy to hire the right pros.

📍 810 Profit Dr, Garland, TX, 75040

📞 +1 (214) 309-6388

🖱 Visit Website

## Services

Dean's HVAC Management & Services provides the following services in the greater Garland, TX area:

HVAC Upgrade    Whole house fan    Radiant floor    Energy Efficient HVAC

Get Instant Estimate

## Portfolio





# ecohome

Home Intelligence for a Better Future

   

Dean's HVAC Management & Services

https://ecohome.co/business/deans-hvac-management-services

**Who It's For**

Homeowners

Contractors

Municipalities

**Resources**

Find Pros Near Me

Incentive Programs

Articles for Homeowners

Articles for Pros

**Company**

About

Contact

**Legal**

Privacy

Terms

© 2025 EcoHome. All rights reserved.