# EXHIBIT IV

 Better Business Bureau®

**BUSINESS PROFILE**  Share

Commercial Air Conditioning Contractors

# Deans HVAC Management & Services

🔸 This business is **NOT** BBB Accredited.

Find BBB Accredited Businesses in Commercial Air Conditioning Contractors.

📞 (972) 998-4553      ⭐ Write a Review

**Main**    Reviews    Complaints

Overview    BBB Accreditation & Rating    Business Details    More Resources    Featured Conter

## Overview                                                             Own this business?

**Deans HVAC Management & Services**
306 Prairie Dr.
Red Oak, TX 75154

📍 Get Directions

## BBB Accreditation & Rating



Deans HVAC Management & Services is NOT a BBB Accredited Business.

---

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

🤝 Why choose a BBB Accredited Business?

**BBB Rating**

# A+

💬 How are BBB ratings calculated?

## Business Details

**Local BBB:** BBB serving North Central Texas

**BBB File Opened:** 8/6/2019

### Additional Contact Information

**Additional Phone Numbers**

Other Phone: (214) 309-6388

### Additional Information

**Other Resources**

Texas Department of Licensing and Regulation
920 Colorado St
Austin TX 78701
Phone Number: (512) 463-6599
https://www.tdlr.texas.gov/

**Business Categories**

Commercial Air Conditioning Contractors

## More Resources

BBB Reports On: Known Marketplace Practices →

Overview of Ratings →

## Featured Content

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.



**BBB Institute: It's Military Consumer Month, and online shopping scams still have an impact**



We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period, except for customer reviews. Customer reviews posted prior to July 5, 2024, will no longer be published when they reach three years from their submission date. Customer reviews posted on/after July 5, 2024, will be published indefinitely unless otherwise voluntarily retracted by the user who submitted the content, or BBB no longer believes the review is authentic. BBB Business Profiles are subject to change at any time. If you choose to do business with this company, please let them know that you checked their record with BBB.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation. BBB charges a fee for BBB Accreditation. This fee supports BBB's efforts to fulfill its mission of advancing marketplace trust.

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.