**RECEIVED**

AUG 01 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

(561) 281-2020
THE UPS STORE #0354
STE 15
7050 W PALMETTO PARK RD
BOCA RATON  FL 33433-3433

SHP WT: 1 LBS
DATE: 28 JUL 2025

SHIP  EAST DISTRICT OF TEXAS
TO:   UNITED STATES COURTHOUSE
      STE 112
      101 E PECAN ST

SHERMAN   TX 75090-5989



TX 750 2-01

UPS GROUND
TRACKING #: 1Z 504 0FX 42 8292 6247



BILLING: P/P
SIGNATURE REQUIRED

MN2M5Z1ATDZY1 ISH 13.00C ZZP230 EP 25.5V 06/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.