Mark L. Javitch (CA 323729)
Javitch Law Office
3 East Third Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Admitted Pro Hac Vice

*Attorney for Plaintiff*
And those similarly situated

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ADEAN HILL, JR., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEY MATCHMAKER CO., BURTON BROOKS, ALTERNATIVE SOLUTIONS MEDIA LLC d/b/a ALTERNATIVE SOLUTIONS FUNDING, and HOWARD NEEDLE,<br><br>Defendants. | Civil Action No.: 4:25-cv-00558-ALM-BD<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR CLERK'S DEFAULT AGAINST BURTON BROOKS** |

ADEAN HILL, JR. ("Plaintiff") hereby withdraws his motion for the Clerk's entry of default against BURTON BROOKS ("Defendant") (Dkt. 13).

Dated: August 4, 2025              Respectfully submitted,

**JAVITCH LAW OFFICE**

By: /s/ Mark L. Javitch
Mark L. Javitch, Esq. (CA 323729)
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

Attorney for Plaintiff
*and the Putative Class*

*admitted pro hac vice*