Mark L. Javitch (CA 323729)
Javitch Law Office
3 East Third Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Admitted Pro Hac Vice

*Attorney for Plaintiff*
And those similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ADEAN HILL, JR., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEY MATCHMAKER CO., BURTON BROOKS, ALTERNATIVE SOLUTIONS MEDIA LLC d/b/a ALTERNATIVE SOLUTIONS FUNDING, and HOWARD NEEDLE,<br><br>Defendants. | Civil Action No.: 4:25-cv-00558-ALM-BD<br><br>**MOTION TO SET ASIDE ENTRY OF CLERK'S DEFAULT AGAINST BURTON BROOKS** |

ADEAN HILL, JR. ("Plaintiff") hereby moves the Court to set aside the Clerk's default previously entered against Burton Brooks.

1. On August 28, 2025, the clerk properly entered default against Burton Brooks for failure to respond to this Court as required by Rule 12. Dkt. 29.

2. Also on August 28, 2025, Defendant Burton Brooks filed his motion to dismiss the second amended complaint. Dkt. 30.

3. The Court has a preference for adjudication on the merits. It would be unjust to hold Mr. Brooks in default when he responded with a motion to dismiss a few hours after the Clerk entered default against him.

4. Plaintiff moves the Court to set aside to the default currently entered against Mr. Brooks.

Dated: September 3, 2025                    Respectfully submitted,

**JAVITCH LAW OFFICE**

By: /s/ Mark L. Javitch
Mark L. Javitch, Esq. (CA 323729)
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

Attorney for Plaintiff
*and the Putative Class*
*admitted pro hac vice*