# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADEAN HILL, JR., | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00558 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| MONEY MATCHMAKER CO., ET AL. | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #38) that Defendant Howard Needle's Motion for Summary Judgment (Dkt. #11), Defendant Howard Needle's Motion to Dismiss (Dkt. #24), and Defendant Burton Brooks's Motion to Dismiss (Dkt. #30) be dismissed without prejudice as premature.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Needle's Motion for Summary Judgment (Dkt. #11), Defendant Needle's Motion to Dismiss (Dkt. #24), and Defendant Brooks's Motion to Dismiss (Dkt. #30) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 25th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE